UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LUZ RIVERA,

     Plaintiff,

v.                                                                    CASE NO.:

HANUMANT FOUR, LLC, a Florida
Limited Liability Company,

     Defendant.          /

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, LUZ RIVERA, by and through the undersigned attorney, sues the

Defendant, HANUMANT FOUR, LLC, a Florida Limited Liability Company, and

alleges:

1.     Plaintiff was an employee of Defendant and brings this action for unpaid

overtime compensation, liquidated damages, and all other applicable relief pursuant

to the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) ("FLSA").

## General Allegations

2.     Plaintiff was an employee who worked for Defendant within the last

three years in Marion County, Florida.

3.     Plaintiff worked for Defendant from around August 2017 to May 2019 as

an hourly paid employee.

4.     Plaintiff's hourly rate started at $8.50 per hour and periodically

increased to $10.00 per hour.

5.     Plaintiff's role largely entailed cooking and cleaning at Defendant's gas

station.

6.     At all times material to this cause of action, Defendant was an enterprise subject to the FLSA.

7.     At all times material to this cause of action, Plaintiff was a non-exempt employee and therefore entitled to overtime wages for any and all overtime hours worked.

8.     Defendant, HANUMANT FOUR, LLC, is a Florida Limited Liability Company that operates and conducts business in Marion County, Florida and is therefore, within the jurisdiction of this Court.

9.     Defendant, HANUMANT FOUR, LLC, operates as a BP gas station located at 11035 FL-40, Ocala, FL 33482.

10.     This action is brought under the FLSA to recover from Defendant Plaintiff's unpaid overtime compensation, liquidated damages, and reasonable attorneys' fees and costs.

11.     This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §1331 and the FLSA.

12.     During Plaintiff's employment with Defendant, Defendant, HANUMANT FOUR, LLC, earned more than $500,000.00 per year in gross sales.

13.     Defendant, HANUMANT FOUR, LLC, employed approximately sixty (60) employees and paid these employees plus earned a profit from their business.

14.     During Plaintiff's employment, Defendant, HANUMANT FOUR, LLC, employed at least two employees who were engaged in interstate commerce and/or handled goods, materials and supplies which travelled in interstate commerce, including but not limited to cash registers, food, cleaning supplies, and other tools/materials used to run the business.

15.     Therefore, at all material times relevant to this action, Defendant, HANUMANT

FOUR, LLC, was an enterprise covered by the FLSA, and as defined by 29 U.S.C. §203(r) and

203(s).

#### Overtime Violations

16.     At all times relevant to this action, Defendant failed to comply with the

FLSA because Plaintiff performed services for Defendant for which no provisions were

made by Defendant to properly pay Plaintiff for all overtime hours worked.

17.     During her employment with Defendant, Plaintiff was not paid time and

one-half her regular rate of pay for all hours worked in excess of forty (40) per work

week during one or more work weeks.

18.     During her employment with Defendant, Plaintiff routinely worked

overtime hours.

19.     Defendant paid a portion of Plaintiff's wages via payroll check and paid

Plaintiff the remainder in cash, paid at her straight-time hourly rate. See e.g.,

Plaintiff's time sheet for May 13, 2019 through May 19, 2019, with corresponding

paystub, attached as **Exhibit "A."**

20.     Plaintiff is entitled to the additional half-time premium for all hours

worked in excess of forty (40) per week.

21.     Based upon the above policies, Defendant has violated the FLSA by

failing to pay complete overtime pay for each hour worked over forty (40) per week.

22.     Upon information and belief, the records, to the extent any exist and are

accurate, concerning the number of hours worked and amounts paid to Plaintiff are in

the possession and custody of Defendant.

3

23.     Plaintiff has hired the below law firm and is obligated to pay them a reasonable fee if successful in this litigation.

24.     All conditions precedent to this action have been performed or waived.

## COUNT I - RECOVERY OF OVERTIME COMPENSATION (FLSA)

25.     Paragraphs one (1) through twenty-four (24) above are fully re-alleged and incorporated herein.

26.     Plaintiff is/was entitled to be paid time and one-half her regular rate of pay for each hour worked in excess of forty (40) per work week.

27.     During her employment with Defendant, Plaintiff was not paid for all time worked as described above which resulted in Plaintiff not being paid proper overtime compensation for all overtime hours worked in violation of the FLSA.

28.     As a result of Defendant's intentional, willful and unlawful acts in refusing to pay Plaintiff overtime compensation for each hour worked in excess of forty (40) per work week in one or more work weeks, Plaintiff has suffered damages plus incurring reasonable attorneys' fees and costs.

29.     Defendant did not have a good faith basis for its failure to pay Plaintiff overtime compensation for each hour worked in excess of forty (40) per work week.

30.     As a result of Defendant's willful violation of the FLSA, Plaintiff is entitled to liquidated damages.

31.     Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff, LUZ RIVERA, demands judgment against Defendant for the payment of all overtime hours at one and one-half the regular

rate of pay for the hours worked by her for which Defendant did not properly compensate her, liquidated damages, reasonable attorneys' fees and costs incurred in this action, and any and all further relief that this Court determines to be just and appropriate.

Dated this 6th day of November, 2019.

/s/ JOLIE N. PAVLOS
Jolie N. Pavlos, Esq.
FBN 0125571
Morgan & Morgan, P.A.
20 N. Orange Avenue
Suite 1600
Orlando, FL 32801
Telephone: (407) 245-3517
Facsimile: (407) 204-2206
Email: JPavlos@forthepeople.com
        XLezcanocaban@forthepeople.com
Attorney for Plaintiff
